

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-19-2002

# USA v. Syme

Precedential or Non-Precedential:

Docket 0-5172

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"USA v. Syme" (2002). *2002 Decisions.* Paper 188.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/188

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No.  00-5172
_____

UNITED STATES OF AMERICA
v.
ROBERT U. SYME, Appellant
(D.C. Crim. No. 98-cr-00032-5)
_____

Argued: July 31, 2001

Before: BECKER, Chief Judge, McKEE, and WEIS,
Circuit Judges.
(Opinion filed January 7, 2002)
_____

ORDER AMENDING OPINION
_____

The slip opinion filed on January 7, 2002 in the above case is hereby amended as
follows:
1.  On page 19, last line of carryover paragraph, add a comma after the word
"organization."

2.  On page 30, line 9, change the word "specify" to "specifies."

3.  On page 32, second full paragraph, line 2, remove the italics from the 's after
the word Olano.

BY THE COURT:


/s/ Edward R. Becker
Chief Judge
DATED: 19 March 2002